No. 9744. MRS. PETER C. WILHELM, CLAIMANT AND RESPONDENT, v. KELSEN LUMBER COMPANY and LIBERTY NATIONAL INSURANCE COMPANY, APPELLANTS.

No. 9744.

310 Pac. (2d) 614.

Decided May 13, 1957.

*Small & Herron*, Helena, for appellant.

*Frame, Foley & Holland*, Butte, for respondent.

MR. CHIEF JUSTICE HARRISON:

Upon reading and filing the stipulation of the parties to the above entitled action, and the Court being fully advised in the premises;

It is hereby ordered and this does order, that the above entitled appeal be, and the same is hereby dismissed with prejudice, each party to pay his, her or its own costs.

No. 9817. STATE OF MONTANA ex rel. U. C. CAMPBELL, RELATOR, v. THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT of THE STATE OF MONTANA, in and for the COUNTY OF SANDERS, and THE HONORABLE C. E. COMER, Judge thereof, RESPONDENTS.

311 Pac. (2d) 409

Decided May 22, 1957.

*A. L. Libra*, Thompson Falls, *D. A. Paddock*, Missoula, for relator.

Per Curiam.

Original proceeding seeking writ of certiorari or other appropriate writ. The writ is denied and the proceeding dismissed. This order is without prejudice to further proceedings in the district court or a proper and timely appeal to this court.